## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SALLY MARQUARDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No.   14-cv-793-CJP |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is Defendant's Agreed Motion to Award Attorney Fees and Expenses.  **(Doc. 26).**

The parties have agreed that plaintiff is entitled to an award in the amount of $4,162.50 for attorney's fees and expenses and $400.00 for costs.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees, expenses and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).  The Court further finds that the agreed upon amount is reasonable and appropriate.

Defendant's Agreed Motion **(Doc. 26)** is **GRANTED**.  The Court awards plaintiff Sally Marquardt the sum of **$4,162.50** (four thousand, one hundred sixty-two dollars and fifty cents) for attorney's fees and expenses, and **$400.00** (four hundred dollars) for costs pursuant to the Equal Access to Justice Act. These funds are payable to plaintiff, per *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

1

However, in accordance with the parties' agreement, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and her attorney.

**IT IS SO ORDERED.**

**DATE:   September 14, 2015.**


**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**